(INND Rev. 1/21)

FILED
MAR 23 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. **NEATLY** print in ink (or type) your answers.]

**Kenneth Greene**,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

**Monica Grier**,
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number __1:23CV125__
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | Monica Grier, unemployed | 5802 Alta Vista Ct, Fort Wayne, IN 46818 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __1__
2. What is your address? __5723 Alta Vista Ct lot 118, Fort Wayne, IN 46818__
3. What is your telephone number? (__260__) __298-2256__
4. Have you ever sued anyone for these exact same claims?
   ○ No.
   ☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                     page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                              page 3

**Claims and Facts (continued)**

_____
_____
_____
_____
_____
_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

◯ No.
☑ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

~~$956~~ Pay the $956 back payment
$6,000 for value of home given up on 3727 W Washington Ctr Rd Lot 25
$5,000 for breach of contract
$5,000 moving costs, harassment, emotional damages
OR Ownership of 5802 Home, Title, $5,000 Breach of contract, and $956 back payment

**FILING FEE** – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

☑ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[_Initial Each Statement_]

_____ I will keep a copy of this complaint for my records.
_____ I will promptly notify the court of any change of address.
_____ I declare **under penalty of perjury** that the statements in this complaint are true.

_Kenneth Greene_                                                       2 23 2023
Signature                                                                           Date

[_DO NOT_ write in the margins or on the back of any pages. Attach additional pages if necessary.]

Kenneth made the notarized contract with Monica Grier on the first week of August. In August, Kenneth paid the lot rent of $465 and then paid Monica Grier the $250 towards the total $5000 principal of the home.

On September 4, Kenneth paid another $250 for the mobile home to Monica Grier. After this payment Monica Grier then contacted Kenneth that she was evicting Kenneth to take her home back.

Kenneth was contacted by Monica Grier by phone on September 5.

Monica said, "Kenneth you know I can't be around animals for two years due to my probation with the animal control courts. I'm giving you two days to get rid of your animals and give me back Bowser. So I can take Bowser to a home that will take care of my dog for me."

Kenneth told her that he is not going ot get rid of his animals and he is not giving Bowser back as Animal Control signed Bowser to him and she cannot have Bowser no more.

*7.12.22*    02D06-2202-CM-504

When Kenneth told her that Bowser was his property Monica Grier said, "Fine, I will file an eviction on you where I will get my home back. And you will get an eviciton on your front door tomorrow."

The next day a guy and lady were at the door commanding Kenneth to give them Bowser and he had no choice but to call Animal Control and the Police to the home, the people left after authorities were called. Kenneth told the autorities what happened and Animal Control contacted Monica Grier. Shortly after that on September 9 she filed the eviction on Kenneth Greene.

On September 9, Monica filed an eviction on Kenneth, before he had paid the lot rent of $465 (which was due the 10th).



In relation to this Kenneth states:

I did not know what to do once I received notice of eviction, so I took the first home that was offered to me, which is the home that I am living in now. Which is across the street from Monica's home. This is at 5723 alta vista ct lot 118.

I am having trouble with this trailer with the main corporate office. I have had to fight for my lease and my title with the RidgeBrook Hills Corporate Office, which has a lawsuit in the courts for my current home. I got a Federal Lawsuit with RidgeBrook Hills Corporate Office in this court.

I was diagnosed with depression.
I am on medicaid.
I got a casweworker that with a Boosting Company.
I have anger problems with people who mess with me or try to take something that is mine.
I cannot read or write.
I have been on SSI all my life.
I get stressed out.

I have been stressed out over what I am going through with the corporate office and it is bringing back memories of what I have been fighting for with lot 5802 lot 96 with Monica Grier. I feel like everyone is trying to walk all over me thinking I am handicapped, stupid, and dumb. My caseworker and program that I am in have taught me to stand up for myself; and everytime I stand up for myself people walk all over me.

I've been really stressed out.
I've been paranoid over all of this.
I've been worrying over all of this.
I've been taking medicine for my anger, depression, and migraine headaches.

I just want people to leave me alone and be good and fair with me the way I would be fair with them. That is why I am asking the corporate office to pay me 3.3 million dollars. And that is why I am suing Monica Grier for $15,000. I think that is more than fair for what I have been through. And I would be willing to settle out of court with the corporate office if they offer me a reasonable price that will allow me to be happy and live my life again.

My case worker and the company he works for is Boosting Company and they teach me how to fight and stand up in what I believe in. I believe that I have become entitled to a relief.

It has been costing me gas money for transportation back and forth to the courts. To have paperwork typed and filled out for the courts. And personal hearthaches. I have been really stressed out in all of this. I just want to move on with my life your honor. But I cannot move on with my life until things have been made right with me. I feel like they are bullying me and I feel like every time I stand up for myself they get me down and and they get the best of me and that gets my temper raised and only my caseworker listens to me.

Your Honor I am just trying to get people to understand where I am coming from and I hope you really understand where I am coming from as the Judge and The Honor of the courts. I just need to explain my situation in the way that I am feeling.

In the courts that I have been through with Monica Grier, the with small claims court, I had my case worker testify on my behalf and all Monica had to say is that "It's all lies" she said, "They're all lies" for every case I went for with Monica Grier, it was all lies. I just want you to understand that I am not doing this out of hatred or malice.

I am just not going to let nobody walk all over me no more.

So, your honor, I really hope you understand what I am trying to say.


Thank you very much for reading this.

## Purchase Agreement

This is a purchase agreement for the mobile home located at <u>5802 Alta Vista Ct. Lot 96</u>. <u>MONICA L GRIER</u> agrees to sell the mobile home to <u>Kenneth Greene</u> for the purchase price of <u>$5000.00</u>.

For the purchase Kenneth Greene agrees to pay the lot rent of <u>$465.00</u>. In addition, he will pay an additional <u>$250.00</u> monthly. During this time the <u>$250.00</u> amount and half of the <u>$465.00</u> amount will be counted towards the principal of the total. This will amount to a monthly total of <u>$483.00</u> paid towards the principal of the mobile home every month.

Both parties agree to live in the mobile home until <u>Monica Grier</u> moves away as planned.

Henceforth, all parties shall be considered equal by the signing of this document.

_Kenneth Greene_                              _Monica Grier_

Kenneth Greene                                Monica Grier

_John Philip Ulmer_

John Philip Ulmer
Notary Public - Official Seal
State of Indiana - Allen County
Commission Number 696382
My Commission Expires Feb. 6, 2025

[Notary Public Seal - State of Indiana]

Kenneth wants a relief of $956 as a backpayment for the breached contract.

$5000 for breach of contract

$6000, the value of the home given up on 3727 W Washington Ctr Rd Lot 25 to move into Monica's home

$5000 for stress, emotional damages, harassment, and cost of moving

OR

to settle for her home and $5000 for breach of contract + $956 backpayment



Monica signed a legal contract and had it notarized, on Kenneths cost.

Monica broke the contract we signed. She filed an eviction on me after I had given her a second payment for the home. She filed after the second 250 payment and she filed an eviction and took her mobile home back.

I got really stressed out.

As she was sending people over to threaten me, threatened to take my dog, and I was scared and I moved out. I did not know what else to do. I did not realize until after I moved out that I did not need to moved out in the first place. And at the time I was so scared. She was asking people to break into the home. She even contacted the neighbor Paul Zola to break into her home to get the animals.

If I would have known that I did not have to move out, I would have stayed there but I thought in my mind that the home still belonged to her until the home was paid off. That was until the caseworker told me that I was buying the home and that its my home. The caseworker did not know what to say to me until I moved out. And I did not know and that time and was so sacred and was being threated. My caseworker testifed this in small claims court and she called my caseworker a liar in court. The state case worker is lying your honor, is what Monica said to the judge in court, "it's all lies your honor."