# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

KENNETH GREENE

      Plaintiff

v.

                                                           Civil Action No.  1:23-cv-125

MONICA GRIER
unemployed

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Holly A Brady.

DATE: 3/28/2023                                  CHANDA J. BERTA, ACTING CLERK OF COURT

                                                                       by  s/A. Highlen_____
                                                                         *Signature of Clerk or Deputy Clerk*